IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01919-CMA-CBS

PHILIP W. WYERS, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation,

    Plaintiffs,

v.

R. M. INDUSTRIES, INC., a Missouri corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulated Motion To Dismiss With Prejudice (Doc. # 37), signed by the attorneys for the parties hereto, it is

ORDERED that this action, and all claims asserted in it by and between Plaintiffs Philip W. Wyers and Wyers Products Group, Inc. and Defendant R. M. Industries, Inc., are DISMISSED WITH PREJUDICE, each party to with the parties to bear his or its own costs and attorneys' fees.

DATED:  March __13__, 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge